## DAVE SMITH *v.* THE STATE.

1. EVIDENCE.— To justify a conviction there should be clearness and certainty in the proof,— such as would amount to that which is morally certain.
2. SAME.— See evidence held insufficient to sustain a conviction for unlawfully carrying a pistol.

APPEAL from the County Court of Falls.   Tried below before the Hon. E. C. STUART, County Judge.

The opinion discloses the entire case.

*Preston & Holland,* for the appellant.

*H. Chilton,* Assistant Attorney General, for the State.

HURT, J.   The appellant was convicted of carrying a pistol on or about his person.   Does the evidence support the verdict, is the only question presented.

There was but one witness, and his testimony was sub-

stantially as follows: " I requested defendant to go with me to a burial, a short distance off. He went with me to the grave-yard, which was a public place. While at the grave-yard, I saw a belt around the waist of defendant. I saw, underneath the coat of defendant, what I took to be the handle of a pistol. It did not look like the handle of a knife, but like the handle of a pistol. Would not swear that what I saw was a pistol."

This is very unsatisfactory evidence; there is no description of the thing which he saw and which looked like the handle of a pistol. We are not informed whether there was a scabbard or not. If so, was it for a knife or pistol? What was its size and shape? Was this supposed handle in the scabbard? There is no fact given upon which this witness' opinion was based. To justify a conviction there should be clearness and certainty in the proof,— such certainty as would amount to that which is morally certain.

We cannot give our consent to a conviction supported by such evidence as the above. The judgment is therefore reversed, and the cause remanded for a new trial.

*Reversed and remanded.*